Allen W. Burton
Steven A. Rosenstein
O'Melveny & Myers, LLP
7 Times Square
New York, New York 10036
(212) 326-2000
(212) 326-2061 (facsimile)

Jon M. Sands
Federal Public Defender
Dale A. Baich (Ohio Bar No. 0025070)
Robin C. Konrad (Alabama Bar No. 2194-N76K)
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
dale_baich@fd.org
robin_konrad@fd.org
(602) 382-2816
(602) 889-3960 (facsimile)
Counsel for Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GREGORY SCOTT DICKENS, DONALD EDWARD BEATY, CHARLES M. HEDLUND, ROBERT WAYNE MURRAY, THEODORE WASHINGTON, AND TODD SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>JANICE BREWER, *et. al.*,<br><br>Defendants. | No. CV-07-01770-PHX-NVW<br><br>**Notice of Appeal**<br><br>(Hon. Neil V. Wake) |

Plaintiffs Gregory Scott Dickens, Donald Edward Beaty, Charles M. Hedlund, Robert Wayne Murray, Theodore Washington, and Todd Smith, hereby give notice of their appeal to the United States District Court for the District of Arizona from the order and judgment entered in this action on July 1, 2009. (Dkt. Nos. 138, 139.)

Respectfully submitted this 20th day of July, 2009.

    Allen Burton
    Steven A. Rosenstein
    O'Melveny & Myers, LLP
    7 Times Square
    New York, New York 10036
    (212) 326-2000
    (212) 326-2061(facsimile)

    *Attorneys for Plaintiffs*

    *Of Counsel*:

    Jon M. Sands
    Federal Public Defender
    Dale A. Baich
    Robin C. Konrad
    Office of the Federal Public Defender
    for the District of Arizona
    850 West Adams Street, Suite 210
    Phoenix, Arizona 85007
    (602) 382-2816
    (602) 889-3960 (facsimile)

     s/ Robin C. Konrad
    Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2009, I electronically transmitted the foregoing Notice of Appeal to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electric Filing to the CM/ECF registrants named below.

>TERRY GODDARD
>*Attorney General*
>KENT E. CATTANI
>*Chief Counsel, Capital Litigation*
>JEFFREY ZICK
>*Assistant Attorney General, Capital Litigation*
>1275 W. Washington
>Phoenix, AZ 85007-2997
>Kent.Cattani@azag.gov
>Jeffrey.Zick@azag.gov
>
>*Attorneys for Defendants*

s/Michelle L. Young
Legal Secretary
Capital Habeas Unit